**STATE of Missouri, Plaintiff–Respondent,**

v.

**Darryl DAVIS, Defendant–Appellant.**

No. 70584.

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 2, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 15, 1998.

Ramona L. Marten, N. Scott Rosenblum,
Clayton, for defendant-appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

Before ROBERT G. DOWD, Jr., P.J., and
SIMON and HOFF, JJ.

### ORDER

PER CURIAM.

Darryl Davis, Defendant, appeals from his conviction by a jury of assault in the first degree, Section 565.050, RSMo 1994, and armed criminal action, Section 571.015, RSMo 1994. The court sentenced him as a prior and persistent offender to terms of imprisonment of thirty years on each count, the sentences to run concurrently.

After having reviewed the briefs of the parties, the legal file, and the record on appeal, we find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law would have no precedential value. Judgment affirmed in accordance with Rule 30.25(b).

The parties have been furnished with a memorandum for their information only, setting forth the reasons for the order affirming the judgment pursuant to Rule 30.25(b).

**Tony R. HUGHES, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 53569.

Missouri Court of Appeals,
Western District.

Dec. 9, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 27, 1998.

Irene Karns, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel G. Cierpiot, Asst. Atty. Gen., Jefferson City, for respondent.

Before EDWIN H. SMITH, P.J.,
ULRICH, C.J., and ELLIS, J.

### *ORDER*

PER CURIAM:

Tony R. Hughes appeals from the denial of his Rule 24.035 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).